STATE OF NORTH CAROLINA v. WILLIAM OWEN HYMAN, JR.

No. 738SC460

(Filed 25 July 1973)

**Criminal Law § 23— guilty plea**

Defendant's plea. of guilty was made freely, understandingly and voluntarily.

APPEAL by defendant, William Owen Hyman, Jr., from *Martin (Perry), Judge,* 19 March 1973 Session of Superior Court held in LENOIR County.

*Attorney General Robert Morgan and Assistant Attorney General Myron C. Banks for the State.*

*Wallace, Langley, Barwick & Llewellyn by James D. Llewellyn for defendant appellant.*

HEDRICK, Judge.

The record discloses that the defendant, represented by court-appointed counsel, freely, understandingly and voluntarily pleaded guilty to a bill of indictment, proper in form, charging him with uttering a forged instrument. The judgment imposing a prison sentence of not less than two nor more than three years is within the limits prescribed by statute for the offense charged. The judgment is

Affirmed.

Judges BROCK and VAUGHN concur.